UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY BROY, Derivatively and on Behalf of Nominal Defendant CENTERLINE HOLDING COMPANY,<br><br>       Plaintiffs,<br><br>v.<br><br>JEFF T. BLAU, STEPHEN M. ROSS, LENOARD W. COTTON, MARC D. SCHNITZER, PETER T. ALLEN, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, JANICE COOK ROBERTS, THOMAS W. WHITE, and ROBERT L. LEVY,<br><br>       Defendants<br><br>CENTERLINE HOLDING COMPANY,<br><br>       Nominal Defendant. | 08-CV-1971 (SAS) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of WolfBlock LLP, hereby enters an appearance as counsel of record for Nominal Defendant Centerline Holding Company.

Dated: March 12, 2008

                 WOLFBLOCK LLP

                 By: _____
                   Jennifer F. Beltrami
                 250 Park Avenue
                 New York, NY 10177
                 (212) 883-4955
                 jbeltrami@wolfblock.com

                 *Attorneys for Nominal Defendant*
                 *Centerline Holding Company*

TO:

Steven Cooper
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY 10022
212-521-5400 (tel.)
scooper@reedsmith.com

Joshua M. Lifshitz
Bull & Lifshitz, LLP
18 E. 41st Street, 11th Floor
New York, NY 10017
212-213-6222 (tel.)
ssbny@aol.com

Richard A. Rosen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
212-373-3000
rrosen@paulweiss.com