UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY BROY, Derivatively and on Behalf of Nominal Defendant CENTERLINE HOLDING COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> JEFF T. BLAU, STEPHEN M. ROSS, LENOARD W. COTTON, MARC D. SCHNITZER, PETER T. ALLEN, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, JANICE COOK ROBERTS, THOMAS W. WHITE, and ROBERT L. LEVY, <br><br> Defendants <br><br> CENTERLINE HOLDING COMPANY, <br><br> Nominal Defendant. | 08-CV-1971 (SAS) |

**RULE 7.1 DISCLOSURE STATEMENT
OF NOMINAL DEFENDANT CENTERLINE HOLDING COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Nominal Defendant Centerline Holding Company certifies as follows:

Defendant Centerline Holding Company is a Delaware statutory trust that is not a

subsidiary of any other corporation. Centerline Holding Company is publicly traded on

the New York Stock Exchange under the symbol "CHC." Centerline Holding

Company's principal office address is 625 Madison Avenue, New York, New York.

There is no publicly-held corporation that owns ten percent (10%) or more of the stock of

Centerline Holding Company.

NYC:760391.1/CEN126-250721

Dated: New York, New York
      March 12 , 2008

                WOLFBLOCK LLP

By: _____
                Jennifer F. Beltrami
                250 Park Avenue
                New York, NY  10177
                (212) 883-4955
                jbeltrami@wolfblock.com

                *Attorneys for Nominal Defendant*
                *Centerline Holding Company*