UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY BROY, Derivatively and on Behalf of Nominal Defendant CENTERLINE HOLDING COMPANY,<br><br>          Plaintiffs,<br><br>        v.<br><br>JEFF T. BLAU, STEPHEN M. ROSS, LEONARD W. COTTON, MARC D. SCHNITZER, PETER T. ALLEN, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, JANICE COOK ROBERTS, THOMAS W. WHITE, and ROBERT L. LEVY,<br><br>          Defendants<br><br>CENTERLINE HOLDING COMPANY,<br><br>          Nominal Defendant. | 08-CV-1971 (SAS) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants Leonard W. Cotton, Marc D. Schnitzer, Peter T. Allen, Nathan Gantcher, Jerome Y. Halperin, Robert L. Loverd, Janice Cook Roberts, Thomas W. White, and Robert L. Levy.

Dated:  March 13, 2008

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: ___/s/ Richard A. Rosen_____

  Richard A. Rosen
  1285 Avenue of the Americas
  New York, NY 10019-6064
  rrosen@paulweiss.com
  Telephone: (212) 373-3305

  *Attorneys for Defendants Leonard W.
  Cotton, Marc D. Schnitzer, Peter T.
  Allen, Nathan Gantcher, Jerome Y.
  Halperin, Robert L. Loverd, Janice Cook
  Roberts, Thomas W. White, and Robert
  L. Levy.*

TO:

Steven Cooper
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY 10022
212-521-5400 (tel.)
scooper@reedsmith.com

Joshua M. Lifshitz
Bull & Lifshitz, LLP
18 E. 41st Street, 11th Floor
New York, NY 10017
212-213-6222 (tel.)
ssbny@aol.com

Jennifer F. Beltrami
WolfBlock LLP
250 Park Avenue
New York, NY 10177
212-883-4955 (tel.)
jbeltrami@wolfblock.com

## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK      )
                                          )   ss.:
COUNTY OF NEW YORK   )

Leana Loncarevic, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul,

Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York,

New York 10019.

2. On March 13, 2008, I served a true copy of the attached: NOTICE OF

APPEARANCE on the following:

Steven Cooper
Reed Smith, LLP
599 Lexington Avenue, 29th Floor
New York, New York 10022

3. I made such service by placing a true copy of the aforementioned document in a

properly addressed prepaid wrapper and delivering it to a Federal Express office for

Priority Overnight Delivery.

Leana Loncarevic

Sworn to before me this

_13th_ day of March, 2008

Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008