Sohen JHN, T

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDA
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/08

JOHN CARFAGNO, derivatively on behalf of
CENTERLINE HOLDING COMPANY,

Plaintiff,

v.

MARC D. SCHNITZER, *et al.*,

Defendants.

08-CV-00912-SAS

TONY BROY, derivatively and on behalf of
Nominal Defendant CENTERLINE HOLDING
COMPANY,

Plaintiff,

v.

JEFF T. BLAU, *et al.*,

Defendants.

08-CV-01971-SAS

## STIPULATION AND [PROPOSED] ORDER

The parties have conferred and agree to the following schedule to be

entered by the Court in the above-captioned matter:

WHEREAS, defendants filed a motion to dismiss on May 12, 2008;

WHEREAS, plaintiff John Carfagno ("Carfagno") filed his opposition to

defendants' motion to dismiss on June 5, 2008;

WHEREAS, defendants were to file a reply on or before June 19, 2008;

WHEREAS, discovery is proceeding, defendants have produced over

77,000 pages of documents to plaintiff Carfagno, and plaintiff Carfagno's counsel has

noticed and taken the depositions of five individuals in connection with this litigation;

WHEREAS, the parties agree that judicial economy is best served by the

Court's consideration of the issues in this litigation on the factual record, the parties

hereby stipulate and agree, subject to the Court's approval, that:

1.    Defendants' motion to dismiss is hereby withdrawn without

prejudice; and

2.    The parties will promptly meet and agree upon an appropriate

scheduling order to be entered in this matter.

Dated: June 19, 2008
New York, NY

SCOTT + SCOTT, LLP

Beth A. Kaswan
29 West 57th Street, 14th Floor
New York, NY 10019
Tel: 212-223-6444

Walter Noss
1234 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Tel: 216-229-6088

*Counsel for Plaintiff Carfagno and the Settlement Class*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Richard A. Rosen
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-373-2359

*Counsel for the Defendants (except Centerline Related Companies, Ross and Blau)*

**REED SMITH LLP**

Peter L. Simmons
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Tel: 212-859-8455
Fax: 212-859-4000
*Counsel for the Defendants Related Companies, Ross and Blau*

WHEREAS, the parties agree that judicial economy is best served by the

Court's consideration of the issues in this litigation on the factual record, the parties

hereby stipulate and agree, subject to the Court's approval, that:

1.  Defendants' motion to dismiss is hereby withdrawn without

    prejudice; and

2.  The parties will promptly meet and agree upon an appropriate

    scheduling order to be entered in this matter.

Dated: June 19, 2008
     New York, NY

SCOTT + SCOTT, LLP

_____

Beth A. Kaswan
29 West 57th Street, 14th Floor
New York, NY 10019
Tel: 212-223-6444

Walter Noss
1234 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Tel: 216-229-6088

*Counsel for Plaintiff Carfagno and the Settlement
Class*

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**

_____

Richard A. Rosen
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-373-2359

*Counsel for the Defendants (except Centerline,
Ross and Blau)*

**FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP**

_____

Peter L. Simmons
One New York Plaza
New York, NY 10004
Tel: 212-859-8455
Fax: 212-859-4000

*Counsel for the Defendants Ross and Blau*

WOLFBLOCK LLP

Jennifer F. Beltrami
250 Park Avenue
New York, NY 10177
Tel: 212-205-6027
Fax: 212-672-1155

*Counsel for Nominal Defendant Centerline Holding
Company*

A conference is scheduled for May 30, 2008, at 4:00 p.m.

SO ORDERED:

The Honorable Shira A. Scheindlin
U.S. District Judge

6/19/08